WILLIAM BOGART v. JOHN RAFFERTY.

March 10, 1987.

Petition for certification denied.

RONALD PEARL v. TIMBERLAND CONSTRUCTION
CORP., ETC., ET AL.

March 10, 1987.

Petition for certification denied.

FLORA KATZ AND PAUL KATZ v. RAHWAY
HOSPITAL, ET AL.

March 10, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 379)

ARY FUN v. STATE OF NEW JERSEY, DEPARTMENT
OF CORRECTIONS.

March 10, 1987.

Petition for certification denied.